# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>RICHARD M SIMPSON, an individual, and SIMPSON LAW PLLC, a Washington Professional Limited Liability Company,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:21-cv-05766-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT ALPS's Motion for Default Judgment is GRANTED.

　　1. With regard to the claims made in the lawsuit entitled Lenny Neafus and Lake Washington View Cemetery, LLC v. Richard Simpson, Jane Doe Simpson, and Simpson Law PLLC, King County Superior Court Case No. 21-2-06868-1 KNT (the "Malpractice Lawsuit"), Defendants Richard Simpson and Simpson Law PLLC are not entitled to coverage pursuant to the terms and conditions of the policy of insurance issued by ALPS to Richard Simpson. The claims asserted against Simpson are excluded from coverage and Simpson did not timely notify ALPS of the subject claims. As a result, ALPS owes no defense or indemnity obligations and may withdraw from the defense of the Malpractice Lawsuit.

　　Dated January 20, 2023.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　　　　　　　Deputy Clerk